No. 11–10067. GILYARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10073. HACKLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10075. THUAN HUY HA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10076. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10077. PICKAR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–10078. NIGG v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–10080. TUCKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10084. MARK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10087. CEBALLOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10090. MESA-LOPEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10092. LOPEZ-SANCHEZ v. TAMEZ, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 11–10095. CRISP v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10097. ASLAM v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–667. BEELER, AS PARENT AND NATURAL GUARDIAN OF HER MINOR CHILD v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–898. DAMAN ET AL. v. BROOKS. C. A. 9th Cir. Motion of Los Angeles County Police Chiefs' Association et al. for leave